IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUN 29 P 9: 53

Thomas A McCouter Jr
_____
Full name and prison number of
plaintiff(s) 433606 AIS 220870

v.

Tallapoosa Co. So.
_____
~~Sheriff~~, Lt Moss, Nea Hines
Officer Baker, Sgt Coward
Officer Snell, Sgt Mason
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05CV613-F
(To be supplied by the Clerk of the
U.S. District Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit:
       Plaintiff(s) Thomas McCouter Jr

       Defendant(s) Coosa Co So, Tonya ~~Ford~~ Thomas, Wendy
       Robinson, Al Bready

   2.  Court (if federal court, name the district; if state court, name the county)
       you never responded to me
       _____

   3.  Docket No. _____

   4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Never answered me back

6. Approximate date of filing lawsuit 5/26/05

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Tallapoosa County So

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Coosa & Tallapoosa County So

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Officer Baker | |
| 2. Lt Moss | |
| 3. Officer Snell | |
| 4. Sgt Cuward | |
| 5. Sgt Mason | |
| 6. Mrs Hines | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED from 6/14/05 to Now

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I'm highly Alergic to onions

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Every meal time its the same if theres onions on the trays 6/20/05 Sgt Cuward told Officer Snell to bring me a cold sandwich

-2-

GROUND TWO: In wrong for prisonment

SUPPORTING FACTS: In 2002 I escape out Alex city workrelease I took a plea 15/split 2 for escape did my time EOS my sentence now 3 years later they charging me again for the same thing 5 indictments and now being held in jail for no reason

GROUND THREE: Mrs Hines At Tallapoosa Co Jail

SUPPORTING FACTS: 6/27/05 refused to bring me something to eat because my tray had onions in it/ then turn around and brought the same tray back after I showed her onions on the tray telling me there was none in the food

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
75,000.00 after 5 years I'm ready to go home which ever one you want

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on 6/21/05
(date)

Signature of plaintiff(s)

-3-