McQuirter B-003

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

RECEIVED 2005 JUN 29 P 9: 53

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3:05CV613-F

I, Thomas A McQuirter Jr 4336[?] declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Tallapoosa Co. So.

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  1998 $450 a week

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

$10.00 a week by my wife

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Tracy D McQurter   wife
   Lewis   Westmoreland   step son      When I was
   Wesley Westmoreland   step son      out all I could
   Felasha            step girl
   Tony Heart Jr       step son
   Thomas Blaire McQurter   son

I declare under penalty of perjury that the above information is true and correct.

6 21 05                         Jimmy McQurter
_____                    _____
   Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

June 27, 2005

To whom it may concern,

RECEIVED
2005 JUN 29 P 9:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I ask Lt Moss to get the papers you have requested, about my securities what I have on my account here at Tallapoosa County Jail.

Here is my request slip, and their answer this is my 2nd time trying to get this notarized, and a copy of whats on my account

Also in Coosa County I have a 1983 form filed, they sent me to Tallapoosa County Jail have been here from June 14, 2005 until now. I've not heard nothing from you about that case yet. They have failed to forward my mail to me here at Tallapoosa County Jail

Tommy McCurter
Thomas McCurter 43366
AIS 220870

## TALLAPOOSA COUNTY JAIL
### INMATE REQUEST FORM
(ONLY ONE REQUEST PER FORM)

NAME: Thomas McCurder   ID# 43366   CELL# 63   DATE: 6-27-05

RECEIVED 2005 JUN 29 P 9:53

BRIEFLY OUTLINE YOUR REQUEST:

Need a copy of my account for the past 6 months. Mann you I think sent me your copies of your paper work asking for the same thing I need Now for Tallapoosa's 1983 I'm not the Accounts Officer of Coosa County Jail

(INMATES SIGNATURE)

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY

Denied. We do not do this

6-27-05
(DATE)

Sgt. P. Outline
(OFFICERS SIGNATURE)

TCJ Form -04